IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
DEC 06 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| J&J EXCAVATING AND TRUCKING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GENERAL EQUIPMENT & SUPPLIES, INC., <br><br> Defendant. | CV 18–162–M–DLC <br><br> ORDER |

Pursuant to the parties' Stipulation of Dismissal of All Claims with Prejudice (Doc. 13),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot. The preliminary pretrial conference set for December 13, 2018, is VACATED.

DATED this 6th day of December, 2018.

Dana L. Christensen, Chief Judge
United States District Court